Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States of America
v.

Oren Alexander

Docket No.: 1:24-cr-00676-VEC-2
Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Oren Alexander appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order Denying Release on Conditions
(specify)
entered in this action on 01/15/2025
(date)

This appeal concerns: Conviction only |__| Sentence only |__| Conviction & Sentence |__| Other ✓
Defendant found guilty by plea |__| trial |__| N/A ✓ .
Offense occurred after November 1, 1987? Yes |__| No |__| N/A ✓
Date of sentence: _____ N/A ✓
Bail/Jail Disposition: Committed ✓  Not committed |__|  N/A |__|

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

Defendant's Counsel: Richard Klugh (Admitted Pro Hac Vice)
Counsel's Address: Klugh Wilson, LLC
40 N.W. Third Avenue, PH1 Miami, Florida 33128
Counsel's Phone: (305) 536-1191

Assistant U.S. Attorney: Elizabeth A. Espinosa
AUSA's Address: U.S. Attorney's Office, SDNY
26 Federal Plaza, 37th Floor, New York, NY 10278
AUSA's Phone: 212-637-2216

Signature

INTAPP

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:24−cr−00676−VEC All Defendants

Case title: USA v. ALEXANDER                                       Date Filed: 12/06/2024

Assigned to: Judge Valerie E. Caproni

**Defendant (1)**

**Alon Alexander**  represented by  **Howard M. Srebnick**
Black Srebnick, P.A.
201 S Biscayne Blvd, Ste 1300
Miami, FL 33131
305−371−6421
Fax: 305−358−2006
Email: HSrebnick@royblack.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                                **Disposition**

18:1594.F FORFEITURE (SEX TRAFFICKING CONSPIRACY)
(1)

18:1591.F SEX TRAFFICKING BY FORCE, FRAUD OR COERCION
(3)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

None

Assigned to: Judge Valerie E. Caproni

**Defendant (2)**

**Oren Alexander**  represented by  **Richard Klugh**
Law Offices of Richard Klugh
40 N.W. 3rd Street, PH1
Miami, FL 33128
305−903−6900

Email: rickklu@aol.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1594.F FORFEITURE (SEX TRAFFICKING CONSPIRACY) (1) | |
| 18:1591.F SEX TRAFFICKING BY FORCE, FRAUD OR COERCION (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Valerie E. Caproni

**Defendant (3)**

**Tal Alexander**    represented by    **Milton L. Williams , Jr**
Walden Macht Haran & Williams LLP
250 Vesey St
27th Floor
New York, NY 10281
212−335−2030
Fax: 212−335−2040
Email: mwilliams@wmhwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Alexander Vaughan Kahn**
Walden Macht Haran & Williams LLP
250 Vesey Street
27th Floor
New York, NY 10281
212−335−2030
Email: akahn@wmhwlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Deanna Paul**
Walden Macht Haran & Williams LLP
250 Vesey Street

27th Floor
New York, NY 10281
212−335−2035
Email: dpaul@wmhwlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1594.F FORFEITURE (SEX TRAFFICKING CONSPIRACY) (1) | |
| 18:1591.F SEX TRAFFICKING BY FORCE, FRAUD OR COERCION (2−3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA   represented by   **Andrew Jones**
DOJ−USAO
1 St Andrew's Plaza
New York, NY 10007
212−637−2249
Email: andrew.jones2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Anne Espinosa**
DOJ−USAO
1 St. Andrew's Plaza
New York, NY 10007
212−637−2216
Email: elizabeth.espinosa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaiya Mary Alexandri Arroyo**
DOJ−USAO
United States Attorney's Office
Southern District of New York
300 Quarropas St.
White Plains, NY 10601
914−993−1919
Email: kaiya.arroyo@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2024 | 1 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/10/2024) |
| 12/11/2024 | 2 | S(1) UNREDACTED INDICTMENT FILED as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 12/11/2024) |
| 12/11/2024 | 3 | REDACTED S(1)INDICTMENT FILED as to Alon Alexander (1) count(s) 1, 3, Oren Alexander (2) count(s) 1, 3, Tal Alexander (3) count(s) 1, 2−3. (jm) (Entered: 12/11/2024) |
| 12/11/2024 | 4 | LETTER MOTION addressed to Judge Valerie E. Caproni from USA dated December 11, 2024 re: Motion for Pretrial Detention . Document filed by USA as to Alon Alexander, Oren Alexander, Tal Alexander. (Espinosa, Elizabeth) (Entered: 12/11/2024) |
| 12/11/2024 |   | Case as to Alon Alexander, Oren Alexander, Tal Alexander ASSIGNED to Judge Valerie E. Caproni. Judge Unassigned no longer assigned to the case. (jbo) (Entered: 12/13/2024) |
| 12/11/2024 |   | Arrest of Tal Alexander in the United States District Court − Southern District of Florida. (jm) (Entered: 12/27/2024) |
| 12/13/2024 | 5 | NOTICE OF ATTORNEY APPEARANCE: Milton L. Williams, Jr appearing for Tal Alexander. Appearance Type: Retained. (Williams, Milton) (Entered: 12/13/2024) |
| 12/13/2024 | 6 | NOTICE OF ATTORNEY APPEARANCE: Deanna Paul appearing for Tal Alexander. Appearance Type: Retained. (Paul, Deanna) (Entered: 12/13/2024) |
| 12/13/2024 | 7 | NOTICE OF ATTORNEY APPEARANCE: Alexander Vaughan Kahn appearing for Tal Alexander. Appearance Type: Retained. (Kahn, Alexander) (Entered: 12/13/2024) |
| 12/13/2024 | 8 | NOTICE OF ATTORNEY APPEARANCE Andrew Jones appearing for USA. (Jones, Andrew) (Entered: 12/13/2024) |
| 12/20/2024 |   | Arrest of Alon Alexander in the United States District Court − Southern District of Florida. (jm) (Entered: 01/10/2025) |
| 12/24/2024 | 9 | MOTION to Stay *Removal*. Document filed by Tal Alexander. (Williams, Milton) (Entered: 12/24/2024) |
| 12/24/2024 | 10 | MEMORANDUM in Support by Tal Alexander re 9 MOTION to Stay *Removal*.. (Williams, Milton) (Entered: 12/24/2024) |
| 12/27/2024 | 11 | Rule 5(c)(3) Documents Received as to Tal Alexander from the United States District Court − Southern District of Florida. (Attachments: # 1 docs, # 2 docs, # 3 docs, # 4 docs, # 5 docs, # 6 docs, # 7 docs, # 8 docs, # 9 docs, # 10 docs, # 11 docs)(jm) (Entered: 12/27/2024) |
| 12/28/2024 | 12 | NOTICE OF ATTORNEY APPEARANCE Kaiya Mary Alexandri Arroyo appearing for USA. (Arroyo, Kaiya) (Entered: 12/28/2024) |
| 12/30/2024 | 13 | ORDER as to (24−Cr−676−3) Tal Alexander. WHEREAS on December 11, 2024, a superseding indictment was returned in the Southern District of New York ("S.D.N.Y.") naming Alon Alexander, Oren Alexander, and Tal Alexander as defendants, see S.D.N.Y. Dkt. 3;(See Footnote 1 on this Order) WHEREAS that same day, Tal Alexander was arrested and presented before Magistrate Judge Lisette M. Reid of the United States District Court for the Southern District of Florida ("S.D. Fla.") pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure, see United States v. Alexander, 1:24−mj−4544 (S.D. Fla. Dec. 11, 2024), at S.D. Fla. Dkt. 7; WHEREAS on December 17, 2024, Judge Reid ordered Tal Alexander detained pending trial ("Detention Order") and, on December 20, 2024, denied his request to reopen the detention hearing, see S.D. Fla. Dkts. 24, 32; WHEREAS on December 23, 2024, Judge Reid ordered the United States Marshal to transport Tal Alexander to the |

|  |  | Southern District of New York, see S.D. Fla. Dkt. 33 ("Removal Order"); WHEREAS on December 24, 2024, Tal Alexander informed the Undersigned that, within the next seven days, he intends to appeal the Detention Order, and he moved the Undersigned to stay the Removal Order, see S.D.N.Y. Dkts. 910; WHEREAS Tal Alexander argues that the removal process will take considerable time and prevent him from consulting with his Florida−based attorneys during transit as he prepares his appeal of the Detention Order, and his co−defendants −−− with whom he has entered a joint defense agreement −−− are scheduled to have their detention hearings in the Southern District of Florida on December 30, 2024, see S.D.N.Y. Dkt. 10; WHEREAS the Government takes no position on Tal Alexander's application, see S.D.N.Y. Dkt. 9;...[*** See this Order ***]... WHEREAS the Court determines that it has jurisdiction to stay the Removal Order by virtue of its "ultimate authority" over whether Tal Alexander will be detained pending trial, El Edwy, 272 F.3d at 153; WHEREAS the Court finds that Tal Alexander has exaggerated the difficulties he would experience if he were in transit to New York while his attorney is formulating an argument why the Detention Order should be modified or reversed, S.D.N.Y. Dkt. 10 at 2, and sees almost no merit to his argument that his presence in Florida is necessary while his co−defendants and their attorneys formulate their arguments why they should not be detained pending trial, id. at 3, it nevertheless concludes that a modest delay in removal is appropriate to give Tal Alexander and his attorney easier access to each other during the limited period of time necessary to prepare the appeal of the Detention Order; IT IS HEREBY ORDERED that the Removal Order is STAYED until the earlier of Monday, January 6, 2025, or a removal order being entered against either of Tal Alexander's co−defendants. IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at S.D.N.Y. Dkt. 9. SO ORDERED. (Signed by Judge Valerie E. Caproni on 12/30/2024) (bw) (Entered: 12/30/2024) |
|---|---|---|
| 12/31/2024 | 14 | LETTER MOTION addressed to Judge Valerie E. Caproni dated December 31, 2024 re: Revocation of Detention Order and Reconsideration of Bail . Document filed by Tal Alexander. (Williams, Milton) (Entered: 12/31/2024) |
| 01/03/2025 | 15 | ORDER as to Tal Alexander: IT IS HEREBY ORDERED that the Government and defense counsel2 must appear for a hearing on Tal Alexander's appeal on Wednesday, January 8, 2025, at 10:00 A.M. The Government's response to Tal Alexander's motion must be filed by not later than Monday, January 6, 2025. (Motions due by 1/6/2025. Bond Hearing set for 1/8/2025 at 10:00 AM before Judge Valerie E. Caproni) (Signed by Judge Valerie E. Caproni on 1/3/2025) (See ORDER set forth) (ap) Modified on 1/3/2025 (ap). (Entered: 01/03/2025) |
| 01/05/2025 | 16 | LETTER MOTION addressed to Judge Valerie E. Caproni from USA dated January 5, 2025 re: Joint Request for Consolidated Bail Hearing . Document filed by USA as to Alon Alexander, Oren Alexander, Tal Alexander. (Jones, Andrew) (Entered: 01/05/2025) |
| 01/07/2025 | 17 | LETTER MOTION addressed to Judge Valerie E. Caproni from Tal Alexander dated January 7, 2025 re: Request for Extension of Stay of Removal . Document filed by Tal Alexander as to Alon Alexander, Tal Alexander. (Williams, Milton) (Entered: 01/07/2025) |
| 01/07/2025 | 18 | MEMO ENDORSEMENT 16 LETTER MOTION as to Alon Alexander (1), Oren Alexander (2), Tal Alexander (3)....ENDORSEMENT...Application GRANTED. The bail appeal hearing for Defendant Tal Alexander scheduled for Wednesday, January 8, 2025, at 10:00 A.M. is vacated. All parties must appear for a consolidated bail hearing on Wednesday, January 15, 2025, at 1:30 P.M. to decide the bail appeals of Defendants Alon and Tal Alexander and the initial bail application of Defendant Oren Alexander. The hearing will take place in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, Defendants must submit any materials in support of their bail applications by not later than Wednesday, January 8, 2025. The Government's response must be filed by not later than Friday, January 10, 2025. Defendants' reply papers, if any, are due by Monday, January 13, 2025, at 3:00 P.M. The Government's application indicates that Defendants are willing to waive their right to be present at the consolidated bail hearing. If Defendants have been removed to this district by January 15, 2025, they must appear; if they have not yet arrived in this district by January 15, 2025, the Court will proceed based on their waiver of their right to be present (Signed by Judge Valerie E. Caproni on 1/7/25) (jw) (Entered: 01/07/2025) |

| | | |
|---|---|---|
| 01/07/2025 | | Set/Reset Deadlines/Hearings as to Alon Alexander, Oren Alexander, Tal Alexander:Defendant Replies due by 1/13/2025. Government Responses due by 1/10/2025; Bail Hearing set for 1/15/2025 at 01:30 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni (jw) (Entered: 01/07/2025) |
| 01/07/2025 | 19 | MEMO ENDORSEMENT 17 LETTER MOTION as to Alon Alexander (1), Tal Alexander (3)....ENDORSEMENT...Application DENIED. In the Court's prior Order at Dkt. 13 temporarily staying Defendant Tal Alexander's removal, the Undersigned expressed skepticism regarding the difficulties he claimed he would encounter if he were in transit to New York while his counsel prepared the appeal of the Detention Order issued in United States v. Alexander, 1:24−mj−4544 (S.D. Fla. Dec. 11, 2024), at Dkt. 24. Nearly a month has passed since the indictment in this matter was unsealed. Defendants Tal and Alon Alexander have had several weeks to prepare bail applications with their respective counsel and would not be unduly prejudiced by removal occurring before the consolidated bail hearing scheduled for January 15, 2025. (Signed by Judge Valerie E. Caproni on 1/7/25) (jw) (Entered: 01/07/2025) |
| 01/08/2025 | 20 | MOTION to Revoke *Magistrate Judge's Order of Pretrial Detention*. Document filed by Alon Alexander. (Attachments: # 1 Exhibit Detention Order, # 2 Exhibit Transcript of 2024−12−30 Detention Hearing, # 3 Exhibit Transcript of 2025−1−3 Detention Hearing)(Srebnick, Howard) (Entered: 01/08/2025) |
| 01/08/2025 | | Arrest of Oren Alexander in the United States District Court − Southern District of Florida. (jm) (Entered: 01/10/2025) |
| 01/09/2025 | 21 | NOTICE of Filing of Letter on Behalf of Richard C. Klugh, Esq. as to Oren Alexander (Attachments: # 1 Supplement Memorandum in Support of Pretrial Release)(Williams, Milton) (Entered: 01/09/2025) |
| 01/10/2025 | 22 | Rule 5(c)(3) Documents Received as to Oren Alexander from the United States District Court − Southern District of Florida. (jm) (Entered: 01/10/2025) |
| 01/10/2025 | 23 | Rule 5(c)(3) Documents Received as to Alon Alexander from the United States District Court − Southern District of Florida. (jm) (Entered: 01/10/2025) |
| 01/10/2025 | 24 | NOTICE of Filing Detention Hearing Exhibit List as to Alon Alexander (Attachments: # 1 Exhibit Alon Alexander 12−30−2024 Detention Hearing Exhibit List)(Srebnick, Howard) (Entered: 01/10/2025) |
| 01/10/2025 | 25 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Richard C. Klugh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30443606. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Oren Alexander. (Attachments: # 1 Affidavit Afficavit in support of pro hac vice application, including attached certificate of good standing, # 2 Proposed Order Proposed order granting admission pro hac vice)(Klugh, Richard) Modified on 1/13/2025 (rju). (Entered: 01/10/2025) |
| 01/10/2025 | 26 | MEMORANDUM in Opposition by USA as to Alon Alexander, Oren Alexander, Tal Alexander re 20 MOTION to Revoke *Magistrate Judge's Order of Pretrial Detention*., 14 LETTER MOTION addressed to Judge Valerie E. Caproni dated December 31, 2024 re: Revocation of Detention Order and Reconsideration of Bail .. (Jones, Andrew) (Entered: 01/10/2025) |
| 01/13/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Oren Alexander to RE−FILE Document No. 25 MOTION for Richard C. Klugh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30443606. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the motion was not signed; missing Certificate of Good Standing from Supreme Court of Florida; No Judge listed on your documentation/case caption;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (rju)** (Entered: 01/13/2025) |
| 01/13/2025 | 27 | LETTER REPLY TO RESPONSE to Motion by Tal Alexander addressed to Judge Valerie E. Caproni dated January 13, 2025 re 14 LETTER MOTION addressed to Judge Valerie E. Caproni dated December 31, 2024 re: Revocation of Detention Order |

| | | |
|---|---|---|
| | | and Reconsideration of Bail .. (Williams, Milton) (Entered: 01/13/2025) |
| 01/13/2025 | 28 | LETTER REPLY TO RESPONSE to Motion by Oren Alexander addressed to Judge Valerie E. Caproni from Richard C. Klugh dated 1/13/2025 re 4 LETTER MOTION addressed to Judge Valerie E. Caproni from USA dated December 11, 2024 re: Motion for Pretrial Detention .. (Klugh, Richard) (Entered: 01/13/2025) |
| 01/14/2025 | 29 | MOTION for Howard Milton Srebnick to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30455662. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Alon Alexander. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order)(Srebnick, Howard) (Entered: 01/14/2025) |
| 01/14/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 29 MOTION for Howard Milton Srebnick to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30455662. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/14/2025) |
| 01/14/2025 | 30 | MOTION to Amend/Correct 25 MOTION for Richard C. Klugh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30443606. **Motion and supporting papers to be reviewed by Clerk's Office staff.** filed by Oren Alexander. Document filed by Oren Alexander. (Attachments: # 1 Affidavit and Certificate of Good Standing, # 2 Proposed Order Granting Motion to Appear Pro Hac Vice)(Klugh, Richard) (Entered: 01/14/2025) |
| 01/15/2025 | 31 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE as to (24−Cr−676−1) Alon Alexander. Applicant has declared that he is a member in good standing of the bars of the states of Florida and California, and that his contact information is as follows: Applicant.s Name: HOWARD M. SREBNICK... [*** See this Order ***]... Applicant having requested admission Pro Hac Vice to appear for Alon Alexander at the pretrial detention hearing presently scheduled for January 15, 2025; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Valerie E. Caproni on 1/15/2025) (bw) (Entered: 01/15/2025) |
| 01/15/2025 | 32 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE as to (24−Cr−676−2) Oren Alexander. Applicant has declared that he is a member in good standing of the Bar of the State of Florida, and that his contact information is as follows: Applicant's Name: RICHARD C. KLUGH... [*** See this Order ***]... Applicant having requested admission Pro Hac Vice to appear for Oren Alexander at the pretrial detention hearing presently scheduled for January 15, 2025; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Valerie E. Caproni on 1/15/2025) (bw) (Entered: 01/15/2025) |
| 01/15/2025 | 33 | NOTICE of of Filing of Exhibits as to Oren Alexander (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Klugh, Richard) (Entered: 01/15/2025) |
| 01/15/2025 | 34 | NOTICE of of Filing of Letters as to Oren Alexander (Attachments: # 1 Exhibit Letter, # 2 Exhibit Letter, # 3 Exhibit Letter, # 4 Exhibit Letter, # 5 Exhibit Letter, # 6 Exhibit Letter, # 7 Exhibit Letter, # 8 Exhibit Letter)(Klugh, Richard) (Entered: 01/15/2025) |
| 01/15/2025 | 35 | ORDER as to Alon Alexander, Oren Alexander, Tal Alexander. WHEREAS on January 15, 2025, the Government and defense counsel(See Footnote 1 on this Order) appeared before the Court for a consolidated bail hearing; WHEREAS Defendants Tal and Alon Alexander appealed Detention Orders issued by Magistrate Judges in the Southern District of Florida; WHEREAS Defendant Oren Alexander waived a detention hearing in Florida, so the Government moved for detention in the first instance before the Undersigned; and WHEREAS at the consolidated bail hearing, the Court orally ordered all Defendants be detained pretrial, finding there was no condition or combination of conditions that would reasonably assure the safety of the community and the appearance of the Defendants at trial; IT IS HEREBY ORDERED that the |

| | | |
|---|---|---|
| | | parties must appear for a status conference before the Court on Wednesday, January 29, 2025, at 1:00 P.M. in Courtroom 20C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED. ( Status Conference set for 1/29/2025 at 01:00 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni. )(Signed by Judge Valerie E. Caproni on 1/15/2025) (bw) (Entered: 01/16/2025) |
| 01/15/2025 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Bond Hearing as to Alon Alexander, Oren Alexander, Tal Alexander held on 1/15/2025. Defense Counsel Howard Srebnick present for Alon Alexander. Defense Counsel Richard Klugh and Jenny Wilson present for Oren Alexander. Defense Counsel Milton Williams, Alexander Kahn and Deanna Paul present for Tal Alexander. All defendants waived their presence. AUSA's Andrew Jones, Elizabeth Espinosa and Kaiya Arroyo present. FBI Agent Justine Atwood present. NYPD Detective Antonio Pagan present. Pretrial Officer Ashley Cosme present. Court Reporters Andrew Walker and Dana Holland present. Defendants' motion for bail denied. Status conference scheduled for January 29, 2025 at 1:00 p.m. Defendants remand continued. (bw) (Entered: 01/17/2025) |
| 01/15/2025 | | ORAL ORDER as to Alon Alexander, Oren Alexander, Tal Alexander. Status Conference set for 1/29/2025 at 01:00 PM before Judge Valerie E. Caproni. (bw) (Entered: 01/17/2025) |
| 01/21/2025 | | ***DELETED DOCUMENT. Deleted document number 36 TRANSCRIPT, as to Alon Alexander, Oren Alexander, Tal Alexander. The document was incorrectly filed in this case, as per email from Court Reporter on 1/21/2025. (ap) (Entered: 01/21/2025) |
| 01/22/2025 | 36 | ORDER as to Alon Alexander, Oren Alexander, Tal Alexander. WHEREAS on January 15, 2025, the Court ordered the parties to appear for a status conference on January 29, 2025, at 1:00 P.M.; and WHEREAS the Court is no longer available at that time; IT IS HEREBY ORDERED that the status conference scheduled for Wednesday, January 29, 2025, at 1:00 P.M. is ADJOURNED to Wednesday, January 29, 2025, at 2:30 P.M. The status conference will take place in Courtroom 20C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED. ( Status Conference set for 1/29/2025 at 02:30 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni. )(Signed by Judge Valerie E. Caproni on 1/22/2025) (bw) (Entered: 01/22/2025) |
| 01/22/2025 | 37 | TRANSCRIPT of Proceedings as to Alon Alexander, Oren Alexander, Tal Alexander re: Conference held on 1/16/2025 before Judge Valerie E. Caproni. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/12/2025. Redacted Transcript Deadline set for 2/24/2025. Release of Transcript Restriction set for 4/22/2025. (McGuirk, Kelly) (Entered: 01/22/2025) |
| 01/22/2025 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Alon Alexander, Oren Alexander, Tal Alexander. Notice is hereby given that an official transcript of a Conference proceeding held on 1/16/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/22/2025) |
| 01/24/2025 | 39 | LETTER MOTION addressed to Judge Valerie E. Caproni from USA dated January 24, 2025 re: Motion for Entry of Protective Order . Document filed by USA as to Alon Alexander, Oren Alexander, Tal Alexander. (Attachments: # 1 Exhibit Exhibit A − Proposed Protective Order)(Espinosa, Elizabeth) (Entered: 01/24/2025) |
| 01/27/2025 | 40 | MEMO ENDORSEMENT as to Alon Alexander, Oren Alexander, Tal Alexander on re: 39 LETTER MOTION filed by USA addressed to Judge Valerie E. Caproni from USA (AUSAs Kaiya Arroyo, Elizabeth A. Espinosa, Andrew W. Jones) dated January 24, 2025 re: Motion for Entry of Protective Order. ENDORSEMENT: Defendants must be prepared to discuss the Government's proposed protective order at the status |

| | | |
|---|---|---|
| | | conference scheduled for Wednesday, January 29, 2025, at 2:30 P.M. SO ORDERED. ( Status Conference set for 1/29/2025 at 02:30 PM before Judge Valerie E. Caproni. )(Signed by Judge Valerie E. Caproni on 1/27/2025) (bw) (Entered: 01/27/2025) |
| 01/27/2025 | 41 | MOTION to Continue *Jan. 29 Status Conference*. Document filed by Alon Alexander as to Alon Alexander, Oren Alexander, Tal Alexander. (Srebnick, Howard) (Entered: 01/27/2025) |
| 01/28/2025 | 42 | ENDORSED LETTER as to Alon Alexander, Oren Alexander, Tal Alexander addressed to Judge Valerie E. Caproni from Attorney Howard Srebnick, Attorney for Defendant Alon Alexander, dated January 27, 2025 re: The Court has set a status conference for this Wednesday, January 29. I write on behalf of Alon, Tal, and Oren Alexander to request that Your Honor adjourn that conference until February 12 to allow them sufficient time to make arrangements to retain trial counsel of choice. Tal and Oren Alexander join in this request.... ENDORSEMENT: Application GRANTED IN PART. The status conference scheduled for Wednesday, January 29, 2025, at 2:30 P.M. is ADJOURNED to Wednesday, February 5, 2025, at 2:30 P.M. Defendants have known, or should have known, that they would require New York−based counsel since they were indicted in this District on December 11, 2024. IT IS FURTHER ORDERED that time is excluded for the period between January 27, 2025, and February 5, 2025, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for Defendants to find new counsel. SO ORDERED. ( Status Conference set for 2/5/2025 at 02:30 PM before Judge Valerie E. Caproni. )(Signed by Judge Valerie E. Caproni on 1/28/2025) (bw) (Entered: 01/28/2025) |
| 01/28/2025 | 43 | CONSENT MOTION to Continue *February 5, 2025 Status Conference until February 7, 2025*. Document filed by Alon Alexander as to Alon Alexander, Oren Alexander, Tal Alexander. (Srebnick, Howard) (Entered: 01/28/2025) |
| 01/28/2025 | 44 | NOTICE OF APPEAL (Interlocutory) by Alon Alexander from 35 Order. Filing fee $605.00, receipt number 36672. (km) (Entered: 01/29/2025) |
| 01/28/2025 | 45 | NOTICE OF APPEAL (Interlocutory) by Oren Alexander from 35 Order. Filing fee $605.00, receipt number 36674. (km) (Entered: 01/29/2025) |
| 01/28/2025 | 46 | NOTICE OF APPEAL (Interlocutory) by Tal Alexander from 35 Order. Filing fee $605.00, receipt number 36673. (km) (Entered: 01/29/2025) |
| 01/29/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Alon Alexander to US Court of Appeals re: 44 Notice of Appeal − Interlocutory. (km) (Entered: 01/29/2025) |
| 01/29/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Alon Alexander re: 44 Notice of Appeal − Interlocutory were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/29/2025) |
| 01/29/2025 | | Transmission of Notice of Appeal to the District Judge re: 45 Notice of Appeal − Interlocutory. (km) (Entered: 01/29/2025) |
| 01/29/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Oren Alexander re: 45 Notice of Appeal − Interlocutory were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/29/2025) |
| 01/29/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Tal Alexander to US Court of Appeals re: 46 Notice of Appeal − Interlocutory. (km) (Entered: 01/29/2025) |
| 01/29/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Tal Alexander re: 46 Notice of Appeal − Interlocutory were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/29/2025) |