# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-five.

Before:     Steven J. Menashi,
              *Circuit Judge.*

_____

United States of America,

      Appellee,                     **ORDER**

    v.                                     Docket Nos. 25-222(L), 25-223(Con),
                                         25-224(Con)

Alon Alexander, Oren Alexander,
Tal Alexander,

      Defendants-Appellants.

_____

      Appellants request leave to file a joint petition for rehearing en banc containing 6,381 words.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                                    For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

