**KLUGH WILSON LLC**
**40 N.W. 3rd Street, PH 1**
**Miami, Florida 33128**

Tel. 305-536-1191 • Fax 305-536-2170
E-mail rklugh@klughwilson.com

July 14, 2025

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    United States v. Oren Alexander, No. 25-223
               (Lead appeal number 25-222)
               Letter Adopting Joint Petition for Rehearing En Banc and
               Motion for Leave to Exceed Word Limit

Dear Ms. Wolfe:

      On behalf of appellant Oren Alexander, I write to confirm that appellant Oren Alexander joins in and adopts the Joint Petition for Rehearing En Banc and Joint Motion for Leave to Exceed the Word Limit, both of which were filed on July 7, 2025 in consolidated appeal number 25-222 by counsel for Alon Alexander and signed by counsel for all appellants in the consolidated appeals. Thank you for your consideration in this matter.

                                                Respectfully submitted,

                                                s/ *Richard C. Klugh*
                                                Richard C. Klugh
                                                **KLUGH WILSON LLC**
                                                40 NW Third St. PH 1
                                                Miami, Florida 33128
                                                (305) 536-1191
                                                Attorney for Appellant Oren Alexander