# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-five.

_____

United States of America,

    Appellee,

v.

Alon Alexander, Oren Alexander, Tal Alexander,

    Defendants-Appellants.

_____

**ORDER**

Docket Nos: 25-222 (Lead)
               25-223 (Con)
               25-224 (Con)

Appellants filed a joint petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk